UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AARON RUBIN on behalf of his minor child, M.R., individually, and on behalf of all other similarly situated consumers,

    Plaintiff,

vs.

BYL COLLECTION SERVICES, LLC,

    Defendant.

Case No.: 3:18-cv-17770

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between counsel for Plaintiff, Aaron Rubin and Defendant, BYL Collection Services, LLC, that the above-entitled action is hereby dismissed against Defendant, BYL Collection Services, LLC, with prejudice and without attorneys' fees and costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: August 6, 2019

Respectfully submitted,

*/s/ Ronald A. Giller*
Ronald A. Giller, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Telephone: (973) 549-2500
Email: rgiller@grsm.com
lburnette@messerstrickler.com
Attorney for Defendant

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
ZEMEL LAW, LLC
1373 Broad Street, Suite 203-C
Clifton, NJ 07013
T: 862-227-3106
dz@zemellawllc.com
*Attorney for Plaintiff*

So Ordered this 7th day of August, 2019

_____
Hon. Michael Shipp, USDJ